UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Louis Yelgin

        v.                         Civil No. 13-cv-30-JD

Raymond School District


O R D E R

    The undersigned recuses himself from presiding over this
case.  The case shall be assigned to another judge.


    SO ORDERED.


                              _____
                              Joseph A. DiClerico, Jr.
                              United States District Judge

March 25, 2013

cc:  H. Jonathan Meyer, Esquire
     Donald L. Smith, Esquire